

**HINSHAW & CULBERTSON LLP**
Attorneys at Law

100 E. Wisconsin Avenue
Suite 2600
Milwaukee, WI 53202

414-276-6464
414-276-9220 (fax)
www.hinshawlaw.com

Alyssa A. Johnson
414-225-4841
ajohnson@hinshawlaw.com

December 16, 2020

<u>VIA ECF</u>

The Honorable Stephen L. Crocker
United States District Court
Western District of Wisconsin
120 N. Henry Street
Madison, WI 53703

Re:   *Justin Claussen, v. Midland Credit Management, Inc.*
      U.S.D.C. Case No. 20-cv-946-slc

Dear Judge Crocker:

The parties would like to inform the Court that this matter has been resolved. We anticipate that settlement documents will be filed with the Court within the next thirty days. The parties have agreed that the Defendant does not need to file a responsive pleading to the Complaint. Therefore, due to the resolution, the parties respectfully request that the case be closed administratively.

Thank you for your courtesies.

Very truly yours,
HINSHAW & CULBERTSON LLP

*/s/ Alyssa A. Johnson*

Alyssa A. Johnson

AAJ:my

cc:   Matthew C. Lein